UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

VS.                                          CRIMINAL NO.  H-07-65

MYRA LORENA ORELLANA-MORALES, et al.

MOTION TO SUBSTITUTE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **MYRA LORENA ORELLANA-MORALES** and moves

the Court to substitute in as her attorney of record **Mr. Mike DeGeurin** and to

relieve Mr. Adrian Almaguer of any further responsibility in this cause.

Respectfully submitted,

Foreman DeGeurin & Nugent

_____
Mike DeGeurin
300 Main Street, 3rd floor
Houston, Texas 77002
(713) 655-9000 (telephone no.)
(713) 655-1812 (facsimile no.)
Federal Bar No.  3558

_____
Adrian Almagurer
(Signed with Permission)

## CERTIFICATE OF CONFERENCE

Defense counsel has conferred with the Assistant United States Attorney James Sturgis and he is unopposed to this motion.

*/S/ Mike DeGeurin*
Mike DeGeurin


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court  to be served by operation of the Court's electronic system upon the Assistant U.S. Attorney, James Sturgis on this the 19th day of May, 2008.

*/S/ Mke DeGeurin*
Mike DeGeurin