IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.   § | CR. NO. 4:07-CR-00065 |
| § | |
| JOEL HERNALDO PAREDES-GOMEZ § | |

### MOTION TO SUBSTITUTE ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW WENDELL A. ODOM, JR.,** the undersigned attorney, and hereby requests this honorable Court allow him to substitute as attorney of record in stead for Nancy C. Harrison, Attorney at Law, with offices at 6633 Hillcroft, Suite 201, Houston, Texas, 77081, (713) 777-3506, to represent the Defendant in this cause, JOHN HERNALDO PAREDES-GOMEZ. The undersigned would show that such substitution of counsel is at the request of Defendant.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court authorize substitution of counsel as set out above.

                    **Respectfully submitted,**

/S/_____
**WENDELL A. ODOM, JR.**
**TBA #15208500**

**440 Louisiana, Suite 200**
**Houston, TX 77002**
**(713) 223-5575**
**(713) 224-2815 (FAX)**

/S/_____
**NANCY C. HARRISON**
**TBA #09118400**

**6633 Hillcroft, Suite 201**
**Houston, TX  77081**
**(713) 777-3506**


/S/_____
**JOEL HERNALDO PAREDES-GOMEZ**
**DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion to Substitute Attorney of Record** was electronically filed and a copy was electronically delivered to the Assistant United States Attorney in this cause, Bryan Best, on this the 22nd day of May, 2008.


/S/_____
**WENDELL A. ODOM, JR.**