AO247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2

United States District Court
Southern District of Texas

**ENTERED**
March 29, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Houston

UNITED STATES OF AMERICA
V.
**JOEL HERNALDO PAREDES-GOMEZ**
A/K/A Media

CASE NUMBER: **4:07CR00065-003**
USM NUMBER: 82667-179

Date of Original Judgment: April 5, 2013
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (*as reflected in the last judgment issued*) of ___ months **is reduced to** ___ months.

(*Complete Parts I and II of Page 2 when motion is granted*)

Except as otherwise provided, all provisions of the judgment April 5, 2013 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 28, 2016

Signature of Judge

Effective Date: _____
*(if different from order date)*

**MELINDA HARMON**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

JG | MRO